# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CURTIS WAYNE BEMBO,

    Petitioner,

v.                                    Case No.: 3:11cv132/MCR/EMT

KENNETH S. TUCKER,

    Respondent
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 29, 2012. (Doc. 48). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 15) is **DENIED as to Grounds One and Three**.

3. The amended petition for writ of habeas corpus (doc. 15) is **CONDITIONALLY GRANTED as to Ground Two <u>only to the following extent:</u> Petitioner's sentence on Count 3 is vacated unless the State resentences Petitioner on Count 3, within 180 days of the date of this order, restoring Petitioner to the position he would have occupied had the sentence on Count 3 been constitutionally error-free, which in this case would be a sentence of ten (10) years of imprisonment on Count 3 to run concurrently with his sentences on Counts 1 and 2.**

4. A certificate of appealability as to Grounds One and Three is **DENIED**.

**DONE AND ORDERED** this 12th day of December, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**